UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHELLE KAY ROTHLEY,

    Plaintiff,

v.

File No: 1:09-cv-767

HON. ROBERT HOLMES BELL

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On March 11, 2010, the Magistrate Judge issued a Report and Recommendation ("R&R") in this social security action recommending that Plaintiff's motion for fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, be granted in part and denied in part and that a separate judgment be entered in Plaintiff's favor in the amount of $2,500.00. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the R&R (Dkt. No. 15) is **APPROVED** and **ADOPTED** as the opinion of the Court.

Dated: September 29, 2010            /s/ Robert Holmes Bell
                                                  ROBERT HOLMES BELL
                                                  UNITED STATES DISTRICT JUDGE